Gary Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
**COAST LAW GROUP, LLP**
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: RBerkowitz@CoastLawGroup.com
Attorneys for Plaintiffs,
Fractional Villas, Inc.

FILED
08 JUL 31 PM 4:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE CLUBHOUSE, an unknown entity; GOT IT! REAL ESTATE AND DEVELOPMENT CORP., a Nevada Corporation; and DOES 1 - 25,<br><br>Defendants. | Case No. '08 CV 1396 IEG POR<br><br>**COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF FOR:**<br>1. INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055<br>2. FEDERAL UNFAIR COMPETITION VIOLATIONS<br>3. CALIFORNIA STATE UNFAIR COMPETITION VIOLATIONS<br><br>**DEMAND FOR TRIAL BY JURY**<br><br>Judge:<br><br>Magistrate Judge: |

Plaintiff FRACTIONAL VILLAS, INC. ("Plaintiff") alleges as follows:

**PARTIES**

1. Plaintiff FRACTIONAL VILLAS, INC. ("FVI") is, and at all relevant times was, a corporation organized and existing under the law of California and has its principal place of business in Del Mar, California. Plaintiff FVI markets, advertises, and sells fractional ownership interests in luxury properties. Plaintiff FVI's website, www.FractionalVillas.com, is a fundamental part of Plaintiff's business in that it is a primary means for promoting the

Plaintiff's services.

2. On information and belief, Defendant TAHOE CLUBHOUSE ("Tahoe") is an unknown entity with its main office located at 3200 Highway 50, Suite #3, South Lake Tahoe, California. On information and belief, Defendant Tahoe is doing business in California including without limitation within the Southern District of California.

3. On information and belief, Defendant GOT IT! REAL ESTATE AND DEVELOPMENT CORP. ("Got It Real Estate") is a Nevada Corporation doing business in California, with its main office address at P.O. Box 551027, South Lake Tahoe, California. On information and belief, Defendant Got It Real Estate is doing business in California including without limitation within the Southern District of California. (Tahoe and Got It Real Estate are collectively referred to herein as "Defendants.")

4. The true names and capacities, whether individual, corporate, or associate, or otherwise, of Defendant Does 1 through 25 inclusive ("DOES"), are at this time unknown to Plaintiff, who therefore identifies such Defendants by said fictitious names. Plaintiff is informed and believes and thereon alleges that said fictitiously named Defendants, and each of them, are responsible for the events and happenings herein referred to, and negligently, recklessly, and/or intentionally proximately caused the injuries and damages alleged herein to Plaintiff.

5. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each Defendant was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiff is informed and believes and thereon alleges that at all relevant times each Defendant actively participated in or subsequently ratified or adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff caused thereby.

///
///

## JURISDICTION

6. This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq., and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

7. Personal jurisdiction over the Defendants is based on the Defendants being found in the State of California, the Defendants transacting business in this jurisdiction and the Defendants causing foreseeable injury in this jurisdiction.

8. On information and belief, personal jurisdiction in this District is proper because Defendants can be found in the State of California. On information and belief, personal jurisdiction in this District is also proper because Defendants knew Plaintiff's principal place of business was and is in the Southern District of California. Defendants purposefully directed activities into the Southern District of California by willfully disseminating over the Internet copyrighted works owned and controlled by Plaintiff without the consent or permission of the Plaintiff, the copyright owner.

9. On information and belief, Defendants' illegal dissemination of Plaintiff's copyrighted work occurred in every jurisdiction in the United States, including this one.

10. Plaintiff's causes of action against Defendants arise directly out of Defendants' commercial activities in the Southern District of California and Defendant's purposeful direction of activities into the Southern District of California.

## VENUE

11. Venue is proper in this court under 28 U.S.C. §§ 1391(b) and 28 U.S.C. § 1400(a) as Defendants have purposefully directed activities at this forum, including willfully infringing Plaintiff's copyright with knowledge that Plaintiff's principal place of business is in this forum. Moreover, Defendants market, advertise, and sell fractional ownership of properties to consumers and businesses in the Southern District of California.

## ALLEGATIONS IN SUPPORT OF ALL CLAIMS

12. Plaintiff FVI is the owner of Copyright Registration No. TX-6-613-055, entitled "Fractional Villas.com website (www.fractionalvillas.com)" ("the Copyright"). A true and

correct copy of the registration is attached hereto as Exhibit "A." The Copyright was filed October 11, 2007, and the registration is effective the same date. The Copyright pertains to a web site offering fractional ownership in luxury properties. Both the web site content and source code are contained in the Copyright.

13. The work (the "Work") protected by Copyright Registration No. TX-6-613-055 is a work of authorship fixed in a tangible medium of expression that contain a substantial amount of material created by the skill, labor, and judgment of Mr. Robert K. Vicino, the President of Plaintiff. The Work was first published on October 5, 2007.

14. The Work is a derivative work of prior versions, all of which were authored by Mr. Vicino and were first published at least as early as March 27, 2005.

15. The Work appears on Plaintiff FVI's website. A copyright notice is clearly and conspicuously displayed on each page. The vast majority of the Work has appeared on the FVI website since August 2005.

16. All rights of copyright were transferred solely and exclusively by Mr. Vicino to Plaintiff FVI.

17. Plaintiff FVI has complied in all respects with the Copyright Laws of the United States and received from the Register of Copyrights the certificate of registration for Copyright No. TX-6-613-055.

18. Defendants are Plaintiff's competitors in the market of fractional ownership of luxury properties.

19. Defendants have infringed Plaintiff's Copyright by using portions of the Work on the website located at www.TahoeClubhouse.com (the "Infringing Site"), thereby reproducing, publicly performing, and/or creating derivative works of the Work, without the consent of Plaintiff FVI.

20. Defendants do not have permission or license from Plaintiff to use any portion of the Work protected by the Copyright.

21. Defendant Tahoe has claimed copyright ownership for the portions of the Work on the Infringing Site.

22. Upon information and belief, Defendants have derived and are deriving economic benefit from the infringement of the Copyright. Plaintiff has been damaged and continues to be damaged by Defendants' infringement of the Copyright. Upon information and belief, Defendants' infringement of the Copyright has diverted potential customers away from Plaintiff FVI's Internet site. Defendants posted the copyrighted Work on the Infringing Website to earn income from the sale of fractional ownership in luxury properties.

23. Defendants' infringement is exacerbated by the fact that the Infringing Website was indexed by major search engines and broadcast worldwide in response to key word searches. Upon information and belief, Defendants' infringement of the Copyright has diverted potential customers away from Plaintiff FVI's Internet site. Plaintiff FVI's business and reputation were irreparably harmed by the confusion caused by the publication of the infringed material.

24. Plaintiff has been damaged and continues to be damaged by Defendants' infringement.

25. Plaintiff alleges that Defendants were aware the Infringing Website infringes United States Copyright Registration No. TX-6-613-055. Nevertheless, Defendants have blatantly usurped Plaintiff's concept, have taken content from Plaintiff FVI's website, and have unlawfully attributed ownership of the copyright.

## FIRST CAUSE OF ACTION:

## INFRINGEMENT OF U.S. COPYRIGHT TX-6-613-055

## AS AGAINST ALL DEFENDANTS

26. Plaintiff incorporates by reference the paragraphs as set forth above.

27. Plaintiff FVI is the owner of the Copyright, the Work, and all rights appurtenant thereto.

28. Defendants have infringed Plaintiff's Copyright by using portions of the Work on the Infringing Website without Plaintiff's consent.

29. Furthermore, Defendants have included a copyright notice on the Infringing Website, whereby Defendants represents that Defendant Tahoe is the owner of the copyright of the Work. In fact, the Defendants have absolutely no right to use any portion of the Work and all such use violates Plaintiff's copyright interests.

30. Upon information and belief, Plaintiff alleges that Defendants' infringement, inducement of infringement, and/or contributory infringement of the Copyright has been willful, deliberate, knowing, and with wanton disregard of Plaintiff's ownership of the Copyright.

31. Upon information and belief, Plaintiff alleges that Defendants will continue to infringe, continue to induce others to infringe, and/or continue to contributorily infringe the Copyright to Plaintiff's irreparable damage unless enjoined by the court.

32. Plaintiff has been damaged by the foregoing infringing acts of Defendants in an amount that exceeds $150,000. The exact amount of such damages can be determined upon an accounting.

## SECOND CAUSE OF ACTION:
## UNFAIR COMPETITION VIOLATIONS
## AS AGAINST ALL DEFENDANTS

33. Plaintiff incorporates by reference the paragraphs as set forth above.

34. Plaintiff is informed and believes and on that basis alleges that Defendants' intentional infringement of the Copyright constitutes unfair competition 15 U.S.C. §1125(a).

35. Upon information and belief, Plaintiff alleges that Defendants' infringing use of the Work in the website at the Infringing Site is a false designation of origin and false and misleading representation of fact.

36. Upon information and belief, Plaintiff alleges that Defendants' infringing use of the Work on the Infringing Site is likely to cause confusion, cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Plaintiff, or as to the sponsorship or approval of Defendants and Defendants' services by Plaintiff.

37.  Upon information and belief, Plaintiff alleges that Defendants' infringement of the Copyright and other unfair, deceptive and fraudulent business practices have been willful, deliberate, knowing, and made with wanton disregard of Plaintiff's ownership of the Copyright and the origin of the Work.

38.  Defendants' unlawful, unfair, deceptive and fraudulent business practices constitute despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294, and thereby justifies an award of exemplary and punitive damages against Defendant as federal law allows for the importation of state punitive damages statutes where the federal claim is tortious in nature.

39.  By reason of the conduct alleged herein, Defendant is guilty of malice, oppression, and willful disregard of the rights of Plaintiff.

40.  As a direct and proximate cause of Defendant's wrongful conduct, Plaintiff has sustained and will sustain injury to its business and property in an amount not yet precisely ascertainable but including the loss of sales of their products and loss of reputation and goodwill.

## THIRD CAUSE OF ACTION:
## CALIFORNIA UNFAIR COMPETITION VIOLATIONS
## AS AGAINST ALL DEFENDANTS

41.  Plaintiff incorporates by reference the paragraphs as set forth above.

42.  Plaintiff is informed and believes and on that basis alleges that Defendants' intentional infringement of the Copyright constitutes unfair competition under state law, including without limitation Cal. Business & Professions Code §§ 17200 et seq.

43.  Plaintiff is informed and believes and thereon alleges that Defendants' intentional infringement of the Copyright is an unlawful, unfair, and/or fraudulent business act or practice and constitutes unfair competition under California state law. Defendants compete for customers with Plaintiff by infringing Plaintiff's Copyright.

44.  Plaintiff is informed and believes and thereon alleges that Defendants' improper and unlawful acts as alleged herein constitute unfair, deceptive, untrue, and misleading

advertising, in that Defendants represent to the public that the Infringing Website is comprised of unique material, does not give credit to Plaintiff for the Work, and wrongfully attempts to assert an ownership interest in the Plaintiff's Work and/or Copyright.

45. By reason of the conduct alleged herein, Defendants are guilty of malice, oppression, and willful disregard of the rights of Plaintiff FVI.

46. Defendants' unlawful, unfair, deceptive, and fraudulent business practices and unfair, deceptive, untrue, and misleading advertising constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294 and justifies and award of exemplary and punitive damages against Defendants.

47. As a direct and proximate cause of Defendants' wrongful conduct, Plaintiff FVI has sustained and will sustain injury to its business and property in an amount not yet precisely ascertainable, but which includes the loss of sales of fractional ownership interests in luxury properties and loss of reputation and goodwill, and which is expected to exceed $150,000.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays this court enter judgment against Defendants as follows:

1. For a temporary restraining order, preliminary and permanent injunction enjoining and restraining Defendants and all persons acting in concert with it from reproducing, distributing, adapting, creating derivative works of, displaying, or performing any materials that are substantially similar to the copyrighted Work, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control.

2. That a judgment be entered stating that Defendant has infringed, actively induced others to infringe, and/or contributorily infringed U.S. Copyright Registration No. TX-6-613-055, and that requires Defendants to pay over to Plaintiff all damages sustained by Plaintiff due to Defendants' intentional, willful, and malicious infringement of U.S. Copyright Registration No. TX-6-613-055, and such damages as this court shall deem just and proper under the

1 | Copyright Act, 17 U.S.C. §504, but not less than $150,000 for each separate infringement of
2 | Plaintiff's copyright;

3. That Defendant account to Plaintiff for profits and damages sustained by Plaintiff arising from the foregoing acts of infringement;

4. For actual damages and Defendants' profits in an amount to be proven at time of trial.

5. For statutory damages in the amount of no less than $150,000 per infringement.

6. That punitive damages be awarded;

7. That costs and prejudgment interest be awarded on all damages;

8. That Plaintiff be awarded attorneys' fees.

9. That Plaintiff be awarded such other and further relief as the court deems appropriate.

Dated: July 30, 2008

COAST LAW GROUP, LLP

/s/ Gary Sirota

Gary Sirota
Attorneys for Plaintiff,
FRACTIONAL VILLAS, INC.
gsirota@CoastLawGroup.com

**EXHIBIT A**

Certificate of Registration

Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST TX 6-613-055



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

Month Oct Day 11 Year 2007

---

**1** TITLE OF THIS WORK ▼
FractionalVillas.com website (http://www.fractionalvillas.com)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a** NAME OF AUTHOR ▼
Robert K. Vicino

DATES OF BIRTH AND DEATH
Year Born ▼ 1953   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Internet website including all associated pages, text, photographs, design, code, and graphics.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
2007   ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ October   Day ▶ 5   Year ▶ 2007
ONLY if this work has been published.   USA   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**Fractional Villas, Inc.
985 Jeffrey Road
Del Mar, CA 92014

APPLICATION RECEIVED
OCT 11 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 11 2007
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights of copyright to Fractional Villas, Inc. by Robert K. Vicino.  The company is majority owned by Robert K. Vicino.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
             • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by CO Authority Telephone Call on 10/25/07 with Robert K. Vicino.

**Amended by CO per email received on 10/25/07 from Robert K. Vicino.

EXAMINED BY ▶ [signature]     FORM TX

CHECKED BY

☒ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of the http://www.fractionalvillas.com website, which was first published on March 27, 2005.

**a 6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Numerous html code, text, ~~design~~, graphic, photographic and ~~layout modifications~~ have been made and updated since the original publication, on an ongoing and continuous basis.

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Fractional Villas, Inc., Attn: Robert K. Vicino
985 Jeffrey Road
Del Mar, CA 92014

**b**

Area code and daytime telephone number ▶ 619-252-8311       Fax number ▶ 858-228-1772
Email ▶ rvicino@fractionalvillas.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert K. Vicino                                           Date ▶ 10/05/2007

Handwritten signature ▼
[signature]

Certificate will be mailed in window envelope to this address:

Name ▼
Robert K. Vicino

Number/Street/Apt ▼
985 Jeffrey Road

City/State/Zip ▼
Del Mar, CA 92014

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

       # 153529     - TC

          July 31, 2008
            16:34:26


          Civ Fil Non-Pris
USAO #.: 08CV1396
Judge..: IRMA E GONZALEZ
Amount.:                 $350.00 CK
Check#.: BC4917/BC4927



       Total-> $350.00


FROM: FRACTIONAL VILLAS
        VS
      TAHOE CLUBHOUSE
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
FRACTIONAL VILLAS, INC., a California Corporation

**DEFENDANTS**
Tahoe Clubhouse, an unknown entity; CMI Real Estate and Development Corp., a Nevada corporation; and DOES 1-25

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **S. El Dorado**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gary Sirota, COAST LAW GROUP, LLP
169 Saxony Road, #204 Encinitas, CA 92024 (760) 942-8505

Attorneys (If Known)

'08 CV 1396 IEG POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**17 U.S.C. section 101 et. seq.**
Brief description of cause:
**Copyright infringement**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $ 950,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 07/28/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Gary

**FOR OFFICE USE ONLY**

RECEIPT # 153524   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

7/31/08