# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAHOE CLUBHOUSE, an unknown entity; GOT IT! REAL ESTATE AND DEVELOPMENT CORP., a Nevada corporation; DEL LAFOUNTAIN, an individual; RENE BREJC, an individual; and DOES 1 - 25,<br><br>　　　　Defendants. | Case No. 08-cv-1396-IEG (POR)<br><br>**ORDER ON STIPULATED SETTLEMENT AGREEMENT, MUTUAL RELEASE OF CLAIMS, STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Judge: Hon. Irma E. Gonzalez |

Notice having been given, the Court having considered the Stipulated Settlement Agreement of the interested parties, and it appearing to the Court that there is good cause to approve this Agreement,

/ / /

/ / /

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. Magistrate Judge Louisa S Porter shall retain jurisdiction to enforce the terms of the settlement as memorialized in the Stipulated Settlement Agreement.

2. Dismissal of this lawsuit with prejudice is conditioned upon the parties' full compliance with the terms of this Stipulated Settlement Agreement.  The dismissal with prejudice will be filed by Plaintiff within 5 days of the final payment.

Dated: August 26, 2009

By: _____
Irma E. Gonzalez, Chief Judge
United States District Court